UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.               Criminal No. 05-cr-89-01-SM

Ioan Emil Codarcea


O R D E R


Defendant's assented-to motion to continue the trial (document no. 10) is granted. Trial has been rescheduled for the October trial period. Defendant Codarcea shall file a Waiver of Speedy Trial Rights not later than July 7, 2005. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the

exercise of due diligence under the circumstances.

       Final Pretrial Conference:   September 23, 2005 at 3:30 PM

       Jury Selection:   October 4, 2005 at 9:30 AM

       SO ORDERED.

July 5, 2005

                                             Steven J. McAuliffe
                                             Chief Judge

cc:   Robert Kinsella, Esq.
       Bjorn Lange, Esq.
       U. S. Probation
       U. S. Marshal