UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                          Criminal No. 05-cr-89-01-SM

<u>Emil I. Codarcea</u>

## **O R D E R**

    <u>Granted</u>.  After hearing on January 25, 2006, hybrid representation was denied; defendant elected to proceed pro se notwithstanding the court's contrary advice.  Defendant's decision was found to be knowing and voluntary.  Attorney Lange was appointed as standby counsel.  Defendant was urged to reconsider his unwise position.

    **SO ORDERED.**

                                              Steven J. McAuliffe
                                              Chief Judge

January 26, 2006

cc:  Bjorn R. Lange, Esq.
     Robert M. Kinsella, Esq.
     U.S. Probation
     U.S. Marshal