UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

  v.          Criminal No. 05-cr-89-01-SM

<u>Ioan E. Codarcea</u>

### **ORDER OF RECUSAL**

As I own stock in Bank of America, a corporation that would be entitled to restitution from the defendant, I am required to, and hereby do recuse myself from presiding over this case. See 28 U.S.C. § 455(b)(4).

  **SO ORDERED.**

                _____
                Steven J. McAuliffe
                Chief Judge

June 13, 2006

cc: Robert M. Kinsella, Esq.
   Michael J. Iacopino, Esq.
   Christopher H. Pingree, USPO